| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| Curtis R. Tingley (SBN 112322) |
| Bruce C. Piontkowski (SBN 152202) |
| ROPERS, MAJESKI, KOHN & BENTLEY |
| 80 North First Street |
| San Jose, California 95113 |
| (408) 287-6262 |
| ATTORNEYS FOR: Defendants |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MARILYN CHURCHILL, | CASE NUMBER |
| | C07 03007 MMC |
| Plaintiff(s) | |
| v. | |
| JOHN BARGETTO; BARGETTO'S SANTA CRUZ WINERY; DOES 1 through 100, inclusive | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |
| Defendant(s). | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for   John Bargetto and Bargetto's Santa Cruz Winery
(or party appearing in pro per), certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                                                                      **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| | |
|---|---|
| Marilyn Churchill | an individual / Plaintiff |
| John Bargetto | an individual / Defendant |
| Bargetto's Santa Cruz Winery | a California corporation / Defendant |

Date   July 3, 007

/s/ Bruce C. Piontkowski
Sign
Bruce C. Piontkowski
ROPERS, MAJESKI, KOHN & BENTLEY

Attorney for Defendants
JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY

**NOTICE OF INTERESTED PARTIES**

CV-30 (12/03)
SJ/395835.1/LT2

American LegalNet, Inc.
www.USCourtForms.com