1  David P. Morales, Esq., SBN 191229
   The Morales Law Firm
2  1414 Soquel Avenue, Suite 212
   Santa Cruz, CA  95062
3  Telephone: (831) 429-7900
   Facsimile: (831) 786-8800
4  E-Mail: moraleslaw@sbcglobal.net

5  Attorney for Plaintiff, Marilyn Churchill

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.:  C07-03007 MMC<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Civil Local Rule 3-16)** |

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: July 5, 2007

                                                     /S/
                                       David P. Morales,
                                       Attorney for Plaintiff