UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN CHURCHILL<br>    Plaintiff(s),<br><br>   v.<br><br>JOHN BARGETTO; BARGETTO'S<br>SANTA CRUZ WINERY<br>    Defendant(s).<br>_____/ | Case No. C07 03007 MMC<br><br>ADR CERTIFICATION BY PARTIES<br>AND COUNSEL |

  Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

  **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

  **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

  **(3)** Considered whether this case might benefit from any of the available dispute resolution options.


Dated: August 22, 2007            /s/ John Bargetto
                           [Party]
                          John Bargetto
                         Bargetto's Santa Cruz Winery


Dated: August 22, 2007            /s/ Bruce C. Piontkowski
                         [Counsel]
                         Bruce C. Piontkowski