UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARILYN CHURCHILL
          Plaintiff(s),

Case No. C07 03007 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v

JOHN BARGETTO; BARGETTO'S
SANTA CRUZ WINERY
          Defendant(s).

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      (1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

      (2) Discussed the available dispute resolution options provided by the Court and private entities; and

      (3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: August 22, 2007

[Party]
John Bargetto
Bargetto's Santa Cruz Winery

Dated: August 24, 2007

[Counsel]
Bruce C. Piontkowski