UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN CHURCHILL, | Case No.: C07-03007 MMC |
| Plaintiff, | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| vs. | |
| JOHN BARGETTO, BARGETTO'S SANTA CRUZ WINERY, and DOES 1 through 100, | |
| Defendants. | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated:  August 24, 2007          /s/ Marilyn Churchill
                                             [Party]
                                             Marilyn Churchill

Dated:  August 24, 2007          /s/ David P. Morales
                                             [Counsel]
                                             David P. Morales