UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN CHURCHILL,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>JOHN BARGETTO, BARGETTO'S SANTA CRUZ WINERY, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No.: C07-03007 MMC<br><br>STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |

　　　　Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**

　　___　Non-binding Arbitration (ADR L.R. 4)
　　___　Early Neutral Evaluation (ENE) (ADR L.R. 5)
　　_X_　Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
　　___　Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
　　___　the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

　　___　other requested deadline _____

Dated: August 24, 2007　　　　　　　/S/ David P. Morales
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: August 24, 2007　　　　　　　/S/ Bruce C. Piontkowski
　　　　　　　　　　　　　　　　　　Attorney for Defendants

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:

      ____    Non-binding Arbitration
      ____    Early Neutral Evaluation (ENE)
      ____    Mediation
      ____    Private ADR

Deadline for ADR session
      ____    90 days from the date of this order.
      ____    other _____

IT IS SO ORDERED.

Dated: _____                    _____
                                                       UNITED STATES MAGISTRATE JUDGE