**CIVIL MINUTES**

**E-filing**

**Judge MAXINE M. CHESNEY**

Date: SEP 1 4 2007

C-07-3007-MMC (MED)

Marilyn Churchill    v    John Bargetto et al

Attorneys: David Morales    Bruce Piontkowski

Deputy Clerk: **TRACY LUCERO**    Reporter: NOT REPORTED

**PROCEEDINGS:**    **RULING:**

1. _____
2. _____
3. _____
4. _____

( ) Status Conference    ( ) P/T Conference    (✓) Initial Case Management Conference

**ORDERED AFTER HEARING:**

Dispositive motion filing DEADLINE 6/6/08. Meet & Confer by 7/21/08
Joint Statement due by 5/30/08

(✓) ORDER TO BE PREPARED BY:    Plntf____ Deft____ Court ✓

(✓) Previously ADR
(✓) Referred to Magistrate For: Mediation
    (✓) By Court
(✓) CASE CONTINUED TO 6/6/08 @ 10:30 for Further Status Conference

Discovery Cut-Off    3/28/08    Expert Discovery Cut-Off    5/23/08
π/Δ Plntf to Name Experts by 4/18/08    π/Δ Rebuttal Deft to Name Experts by 5/2/08

P/T Conference Date 8/26/08 @ 3:00    Trial Date 9/8/08 @ 9:00    Set for 5 days
Type of Trial: (✓)Jury ( )Court
Notes: _____