# FENWICK & WEST LLP

SILICON VALLEY CENTER   801 CALIFORNIA STREET   MOUNTAIN VIEW, CA 94041

TEL 650.988.8500   FAX 650.938.5200   WWW.FENWICK.COM

October 8, 2007

WILLIAM A. FENWICK

EMAIL BFENWICK@FENWICK.COM
DIRECT DIAL (650) 335-7200

**VIA CERTIFIED MAIL – RETURN RECEIPT REQUESTED**

David P. Morales
The Morales Law Firm
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
moraleslaw@sbcglobal.net

Curtis R. Tingley
Ropers, Majeski, Kohn & Bentley
80 North First Street
San Jose, CA 95113
ctingley@ropers.com

Re:   Churchill v. Bargetto, et al., Case No. D 07-03007 MMC MED

Dear Sirs:

Pursuant to the court's appointment as your mediator, I have sent you two emails regarding the scheduling of the telephone conference preceding the mediation conference. I have received no response from either counsel. If this dispute has been resolved, please notify me immediately. If it has not been resolved, in view of the non-response of counsel to my request that the two of you agree on a date for the phone conference, I have no alternative but to report to Judge Brazil on the status and withdraw as mediator. That is what I will do if counsel does not provide me three alternative dates for the phone conference call by Monday, October 15, 2007.

Respectfully,

William A. Fenwick

William A. Fenwick

cc:   Alice M. Fiel
      ADR Case Administrator
      Alice_Fiel@Cand.uscourts.gov

The Morales Law Firm
Ropers, Majeski, Kohn & Bentley
October 8, 2007
Page 2

ACKNOWLEDGEMENT OF RECEIPT

_____

(Recipient)

PARTY REPRESENTING

_____

DATE:_____