CURTIS R. TINGLEY (SBN 112322)
ctingley@ropers.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, California 95113
Telephone: (408) 287-6262
Facsimile: (408) 918-4501

Attorneys for Defendants
JOHN BARGETTO and
BARGETTO'S SANTA CRUZ WINERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MARILYN CHURCHILL, an individual,

Plaintiff,

v.

JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,

Defendants.

CASE NO. C07-03007 MMC

**STIPULATION TO CONTINUE MEDIATION DEADLINE**

**Honorable Maxine M. Chesney**

Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties") hereby STIPULATE as follows:

1. There is currently pending discovery that must be completed prior to a meaningful mediation;

2. A mediation date has been scheduled for January 22, 2008, to allow time for the completion of required discovery;

3. The current deadline to complete the mediation session is November 27, 2007;

4. The current deadline will not allow for the completion of the necessary discovery;

5. Counsel agree that the current deadline of November 27, 2007, to complete

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Jose

mediation should be extended to January 31, 2008, in light of the need to postpone the mediation date to January 22, 2008.

IT IS SO STIPULATED.

Dated: November 8, 2007

THE MORALES LAW FIRM

By: /s/ David Morales
DAVID MORALES
Attorneys for Plaintiff

Dated: November 14, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI
Attorneys for Defendants

I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: November 7, 2007

FENWICK & WEST

By: /s/ William A. Fenwick
WILLIAM FENWICK
Mediator

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: November 14, 2007

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI
Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete mediation is January 31, 2008.

IT IS SO ORDERED.

Dated: November ___, 2007

_______________________________
Honorable Maxine M. Chesney
JUDGE OF THE U.S. DISTRICT COURT

Ropers Majeski Kohn & Bentley
A Profess ional Corporation
San Jose