1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@ropers.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, California 95113
   Telephone:    (408) 287-6262
5  Facsimile:    (408) 918-4501

6  Attorneys for Defendants
   JOHN BARGETTO and
7  BARGETTO'S SANTA CRUZ WINERY

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12 | MARILYN CHURCHILL, an individual,         | CASE NO. C07-03007 MMC
13 |         Plaintiff,                         | **STIPULATION TO CONTINUE MEDIATION DEADLINE ; ORDER**
14 | v.                                         |
   |                                            | **Honorable Maxine M. Chesney**
15 | JOHN BARGETTO, in his individual and
16 | official capacities; BARGETTO'S SANTA
   | CRUZ WINERY, a California Corporation;
   | and DOES 1 through 100, inclusive,
17 |
   |         Defendants.
18

19         Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and

20  BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties")

21  hereby STIPULATE as follows:

22         1.   There is currently pending discovery that must be completed prior to a meaningful

23  mediation;

24         2.   A mediation date has been scheduled for January 22, 2008, to allow time for the

25  completion of required discovery;

26         3.   The current deadline to complete the mediation session is November 27, 2007;

27         4.   The current deadline will not allow for the completion of the necessary discovery;

28         5.   Counsel agree that the current deadline of November 27, 2007, to complete

RC1/5023553.1/BCP

STIPULATION
CASE NO. C07-03007 MMC

mediation should be extended to January 31, 2008, in light of the need to postpone the mediation date to January 22, 2008.

    IT IS SO STIPULATED.

Dated: November 8, 2007          THE MORALES LAW FIRM

By: /s/ David Morales
DAVID MORALES
Attorneys for Plaintiff

Dated: November 14, 2007        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI
Attorneys for Defendants

I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: November 7, 2007         FENWICK & WEST

By: /s/ William A. Fenwick
WILLIAM FENWICK
Mediator

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:   November 14, 2007        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI
Attorneys for Defendants

/ / /

/ / /

/ / /

/ / /

1   GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete
2   mediation is January 31, 2008.
3   IT IS SO ORDERED.
4   Dated: November 16, 2007

_____
Honorable Maxine M. Chesney
JUDGE OF THE U.S. DISTRICT COURT