CURTIS R. TINGLEY (SBN 112322)
ctingley@ropers.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@ropers.com
ROPERS, MAJESKI, KOHN & BENTLEY
80 North First Street
San Jose, California 95113
Telephone:   (408) 287-6262
Facsimile:    (408) 918-4501

Attorneys for Defendants
JOHN BARGETTO and
BARGETTO'S SANTA CRUZ WINERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07-03007 MMC<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE**<br><br>**Honorable Maxine M. Chesney** |

Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties") hereby STIPULATE as follows:

1. There is currently pending discovery that must be completed prior to a meaningful mediation including, but not limited to, the depositions of Plaintiff and Defendants, the depositions of employees of Defendant Bargetto's Santa Cruz Winery, requests for production of documents and things, requests for admissions and interrogatories;

2. The current deadline to complete the mediation session is January 31, 2008;

3. The current deadline will not allow for the completion of the necessary discovery;

4. Counsel agree that the current deadline of January 31, 2008, to complete mediation

1  should be extended to March 31, 2008, in light of the need to postpone the mediation date to
2  complete necessary discovery.

3     5.  Counsel agree that the Parties' Mediation Briefs shall be received by the mediator no
4  later than seven (7) days prior to the date of the mediation.

5     6.  Counsel agree that, in the event a scheduled mediation is cancelled or postponed by
6  the Parties, the Parties shall notify the mediator of such cancellation or postponement no later
7  than seven (7) days prior to the date of the scheduled mediation.

8     IT IS SO STIPULATED.

9  Dated: January 23, 2008                THE MORALES LAW FIRM

11                                        By: /s/ David Morales
12                                            DAVID MORALES
                                              Attorneys for Plaintiff

14  Dated: January 22, 2008               ROPERS, MAJESKI, KOHN & BENTLEY

16                                        By: /s/ Jonathan McMahon
                                              JONATHAN A. MCMAHON
17                                            Attorneys for Defendants

18  I HEREBY CONSENT TO THE ABOVE STIPULATION.

19  Dated: January 24, 2008               FENWICK & WEST

21                                        By: /s/ William Fenwick
22                                            WILLIAM FENWICK
                                              Mediator

24  ///
25  ///
26  ///
27  ///
28  ///

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this e-filed document.

3  Dated:   January 22, 2008                      ROPERS, MAJESKI, KOHN & BENTLEY

5                                                 By: /s/ Jonathan McMahon
                                                      JONATHAN A. MCMAHON
                                                      Attorneys for Defendants

8  GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete
9  mediation is March 31, 2008, that the Parties' Mediation Briefs shall be received by the mediator
10 no later than seven (7) days prior to the date of the mediation and that the Parties shall notify the
11 mediator of any postponement or cancellation of a schedule mediation no later than seven (7)
12 days prior to the date of the scheduled mediation.
13 IT IS SO ORDERED.

14 Dated: January ___, 2008

                                                   _____
                                                   Honorable Maxine M. Chesney
                                                   JUDGE OF THE U.S. DISTRICT COURT