1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@ropers.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, California 95113
   Telephone:    (408) 287-6262
5  Facsimile:    (408) 918-4501

6  Attorneys for Defendants
   JOHN BARGETTO and
7  BARGETTO'S SANTA CRUZ WINERY

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | MARILYN CHURCHILL, an individual,        CASE NO. C07-03007 MMC

13 |                  Plaintiff,              **STIPULATION TO CONTINUE
                                              MEDIATION DEADLINE ; ORDER**
14 | v.
                                              **Honorable Maxine M. Chesney**
15 | JOHN BARGETTO, in his individual and
     official capacities; BARGETTO'S SANTA
16 | CRUZ WINERY, a California Corporation;
     and DOES 1 through 100, inclusive,
17
                      Defendants.
18

19     Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and

20 BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties")

21 hereby STIPULATE as follows:

22     1.   There is currently pending discovery that must be completed prior to a meaningful

23 mediation including, but not limited to, the depositions of Plaintiff and Defendants, the

24 depositions of employees of Defendant Bargetto's Santa Cruz Winery, requests for production of

25 documents and things, requests for admissions and interrogatories;

26     2.   The current deadline to complete the mediation session is January 31, 2008;

27     3.   The current deadline will not allow for the completion of the necessary discovery;

28     4.   Counsel agree that the current deadline of January 31, 2008, to complete mediation

RC1/5023553.2/BCP                                                       STIPULATION
                                                                    CASE NO. C07-03007 MMC

1  should be extended to March 31, 2008, in light of the need to postpone the mediation date to
2  complete necessary discovery.

3      5.    Counsel agree that the Parties' Mediation Briefs shall be received by the mediator no
4  later than seven (7) days prior to the date of the mediation.

5      6.    Counsel agree that, in the event a scheduled mediation is cancelled or postponed by
6  the Parties, the Parties shall notify the mediator of such cancellation or postponement no later
7  than seven (7) days prior to the date of the scheduled mediation.

8      IT IS SO STIPULATED.

9  Dated: January 23, 2008                  THE MORALES LAW FIRM

By: /s/ David Morales
    DAVID MORALES
    Attorneys for Plaintiff

Dated: January 22, 2008                  ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Jonathan McMahon
    JONATHAN A. MCMAHON
    Attorneys for Defendants

I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: January 24, 2008                  FENWICK & WEST

By: /s/ William Fenwick
    WILLIAM FENWICK
    Mediator

///
///
///
///
///

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this e-filed document.

3  Dated:    January 22, 2008                ROPERS, MAJESKI, KOHN & BENTLEY

5                                             By: /s/ Jonathan McMahon
                                                  JONATHAN A. MCMAHON
                                                  Attorneys for Defendants

8    GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete
9  mediation is March 31, 2008, that the Parties' Mediation Briefs shall be received by the mediator
10 no later than seven (7) days prior to the date of the mediation and that the Parties shall notify the
11 mediator of any postponement or cancellation of a schedule mediation no later than seven (7)
12 days prior to the date of the scheduled mediation.

13   IT IS SO ORDERED.

14 Dated: January 28, 2008

                                              _____
                                              Honorable Maxine M. Chesney
                                              JUDGE OF THE U.S. DISTRICT COURT