1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@ropers.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@ropers.com
3  ROPERS, MAJESKI, KOHN & BENTLEY
   80 North First Street
4  San Jose, California 95113
   Telephone:   (408) 287-6262
5  Facsimile:   (408) 918-4501

6  Attorneys for Defendants
   JOHN BARGETTO and
7  BARGETTO'S SANTA CRUZ WINERY

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11

12  MARILYN CHURCHILL, an individual,        CASE NO. C07-03007 MMC

13           Plaintiff,                       **SUBSTITUTION OF ATTORNEYS**

14  v.                                        **Honorable Maxine M. Chesney**

15  JOHN BARGETTO, in his individual and
    official capacities; BARGETTO'S SANTA
16  CRUZ WINERY, a California Corporation;
    and DOES 1 through 100, inclusive,
17
             Defendants.
18

19       JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY, Defendants herein,

20  substitute the law firm of Tingley Piontkowski LLP, 10 Almaden Boulevard, Suite 430, San Jose,

21  California 95113, (408) 283-7000, as their attorneys of record in place of the law firm of Ropers,

22  Majeski, Kohn & Bentley.

23  Dated: February 5, 2008              /s/ John Bargetto
                                         JOHN BARGETTO
24

25  Dated: February 5, 2008              BARGETTO'S SANTA CRUZ WINERY

26
                                         By: /s/ John Bargetto
27                                           JOHN BARGETTO

28

RC1/5061026.1/LT2                                       **SUBSTITUTION OF ATTORNEYS**
                                                        **CASE NO. C07-03007 MMC**

The undersigned consents to the above substitution.

Dated: February 21, 2008                ROPERS, MAJESKI, KOHN & BENTLEY


By:/s/ Michael J. Ioannou
    MICHAEL J. IOANNOU


The undersigned accepts the above substitution.

Dated: February 21, 2008                TINGLEY PIONTKOWSKI LLP


By:/s/ Curtis R. Tingley
    CURTIS R. TINGLEY
    BRUCE C. PIONTKOWSKI

    I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

Dated: February 21, 2008                TINGLEY PIONTKOWSKI LLP


By:/s/ Curtis R. Tingley
    CURTIS R. TINGLEY
    BRUCE C. PIONTKOWSKI