1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingley.com
3  TINGLEY PIONTKOWSKI LLP
   10 Almaden Blvd, Suite 430
4  San Jose, California 95113
   Telephone:   (408) 283-7000
5  Facsimile:    (408) 283-7000

6  Attorneys for Defendants
   JOHN BARGETTO and
7  BARGETTO'S SANTA CRUZ WINERY

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | MARILYN CHURCHILL, an individual, | CASE NO. C07-03007 MMC
13 | Plaintiff, | **STIPULATION TO CONTINUE DISCOVERY DEADLINES**
14 | v. | **Honorable Maxine M. Chesney**
15 | JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive, |
16 |  |
17 |  |
18 | Defendants. |

19      Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and

20 BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties")

21 hereby STIPULATE as follows:

22      1.   There is currently pending discovery that must be completed prior to a meaningful

23 mediation;

24      2.   Due to various reasons including, but not limited to, the change of law firms

25 representing defendants, and the passing of the father of plaintiff's counsel, the discovery has not

26 been completed;

27      3.   The current deadlines for discovery will not allow for the completion of the

28 necessary discovery;

4.  Counsel agree that the following deadlines are continued thirty days:

    a.  Non-expert discovery cut-off from March 28, 2008 to April 28, 2008;

    b.  Designation of experts from April 18, 2008 to May 18, 2008;

    c.  Designation of rebuttal experts from May 2, 2008 to June 2, 2008;

    d.  Expert discovery cut-off from May 23, 2008 to June 23, 2008;

    e.  Dispositive motion cut-off from June 6, 2008 to July 6, 20008.

IT IS SO STIPULATED.

Dated: February 29, 2008          THE MORALES LAW FIRM


By: /s/ David Morales
    DAVID MORALES
    Attorneys for Plaintiff


Dated: February 29, 2008          TINGLEY PIONTKOWSKI LLP

/s/ Bruce C. Piontkowski
BRUCE C. PIONTKOWSKI
Attorneys for Defendants


GOOOD CAUSE APPEARING, it is hereby ordered that the above-identified deadlines for discovery are hereby continued 30 days.

IT IS SO ORDERED.

Dated: February ___, 2008

Honorable Maxine M. Chesney
JUDGE OF THE U.S. DISTRICT COURT

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this efiled document.

3
4  Dated: February 29, 2008                TINGLEY PIONTKOWSKI LLP

                                           By:/s/ Bruce C. Piontkowski
5                                             BRUCE C. PIONTKOWSKI
                                              Attorneys for Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28