IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILYN CHURCHILL,

    Plaintiff,

v.

JOHN BARGETTO, et al.,

    Defendants.
   /

No. C 07-3007 MMC

**ORDER DENYING STIPULATION TO EXTEND DISCOVERY DEADLINES**

    Before the Court is the stipulation, filed February 29, 2008 on behalf of plaintiff and defendants, by which the parties request the Court continue discovery deadlines and the dispositive motion deadline, each by approximately thirty days.

    The stipulated request is hereby DENIED, for the reason the parties have failed to show good cause exists for the requested extensions. See Fed. R. Civ. P. 16 (providing pretrial order "shall not be modified except upon a showing of good cause"). Additionally, the parties have failed to address the impact of such extensions on the September 8, 2008 trial date.

    **IT IS SO ORDERED**.

Dated: March 4, 2008

_____
MAXINE M. CHESNEY
United States District Judge