```
1   CURTIS R. TINGLEY (SBN 112322)
    ctingley@tingleyllp.com
2   BRUCE C. PIONTKOWSKI (SBN 152202)
    bpiontkowski@tingley.com
3   JONATHAN A. MCMAHON (SBN 239370)
    jmcmahon@tingleyllp.com
4   TINGLEY PIONTKOWSKI LLP
    10 Almaden Blvd, Suite 430
5   San Jose, California  95113
    Telephone:    (408) 283-7000
6   Facsimile:    (408) 283-7000

7   Attorneys for Defendants
    JOHN BARGETTO and
8   BARGETTO'S SANTA CRUZ WINERY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07-03007 MMC<br><br>**STIPULATION TO SHORTEN TIME**<br><br>**Honorable Maxine M. Chesney** |

Pursuant to Civil L.R. 6-1(b) and 6-2, counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties") hereby STIPULATE as follows:

1. Concurrently with the filing of this Stipulation To Shorten Time, the parties will jointly file a Stipulated Motion to Amend Schedule and have such motion heard before the Court on Friday, March 14, 2008;

2. The Parties' Stipulated Motion to Amend Schedule is currently noticed for hearing on April 11, 2008;

3. The purpose of the Parties' Stipulated Motion to Amend Schedule is to obtain an

1  Order continuing the trial date and all other dates set forth in the Court's Pretrial Preparation
2  Order;
3       4.   No Party opposes the Stipulated Motion to Amend Schedule and no Opposition will
4  be filed;
5       5.   The current non-expert discovery cut-off date is March 28, 2008;
6       6.   The Parties, therefore, need the hearing on their Stipulated Motion to Amend
7  Schedule to take place on March 14, 2008, rather than April 11, 2008, so that an Order on the
8  motion can be obtained in advance of the non-expert discovery cut-off date;
9       7.   The Parties hereby stipulate and agree to waive the notice provisions of Civil L.R. 7-
10 2 and Civil L.R. 7-3 and set the hearing on their Stipulated Motion to Amend Schedule at 9:00
11 a.m. on Friday, March 14, 2008;
12      8.   The only other time modification in this case has been the Parties' stipulation to
13 continue the mediation deadline;
14      9.   The time modification requested herein (i.e., to shorten time for the hearing on the
15 Parties' Stipulated Motion to Amend Schedule) will not affect the schedule for this case.
16      IT IS SO STIPULATED.
17 Dated: March 7, 2008                    THE MORALES LAW FIRM
18
19                                         By: /s/ David Morales
                                              DAVID MORALES
20                                            Attorneys for Plaintiff
21
22 Dated: March 7, 2008                    TINGLEY PIONTKOWSKI LLP
23                                         By: /s/ Jonathan A. McMahon
                                              JONATHAN A. MCMAHON
24                                            Attorneys for Defendants
25
26 ///
27 ///
28 ///

BF844B30.doc

1       GOOOD CAUSE APPEARING, it is hereby ordered that the Parties may file their
2 Stipulated Motion to Amend Schedule on shortened time and that the hearing on such motion will
3 be at 9:00 a.m. on March 14, 2008.
4       IT IS SO ORDERED.

5 Dated: March ___, 2008

                                                             _____
6                                                            Honorable Maxine M. Chesney
                                                           JUDGE OF THE U.S. DISTRICT COURT

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BF844B30.doc

1       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 "conformed" signature (/s/) within this efiled document.

3
4 Dated: March 8, 2008                    TINGLEY PIONTKOWSKI LLP

                                                      By: /s/ Jonathan A. McMahon
5                                                             JONATHAN A. MCMAHON
                                                            Attorneys for Defendants
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BF844B30.doc