1  David P. Morales, Esq., SBN 191229
   THE MORALES LAW FIRM
2  1414 Soquel Avenue, Suite 212
   Santa Cruz, CA  95062
3  Telephone: (831) 429-7900
   Facsimile: (831) 786-8800
4  E-Mail: moraleslaw@sbcglobal.net

5  Attorney for Plaintiff, Marilyn Churchill

6                    UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                        SAN FRANCISCO DIVISION

9

10 MARILYN CHURCHILL, an individual,          Civil Action No.: C07-003007 MMC

11          Plaintiff,                         **NOTICE AND STIPULATED MOTION TO
                                               AMEND SCHEDULE**
12      vs.

13                                             Hearing Date: April 11, 2008
   JOHN BARGETTO, in his individual and       Time: 9:00 a.m.
14 official capacities; BARGETTO'S SANTA      Courtroom: 7, 19th Floor
   CRUZ WINERY, a California Corporation; and
15 DOES 1 through 100, inclusive,             Judge: Hon. Maxine M. Chesney

16          Defendants.                        Trial Date:  September 8, 2008

17

18

19               **NOTICE & STIPULATED MOTION**

20      TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

21      Please take notice that on Friday, April 11, 2008 at 9:00 a.m. in Courtroom 7, 19th

22 Floor, the parties in this action, by and through their attorneys of record, will and hereby

23 jointly move the Court to amend the Scheduling Order in this matter pursuant to Federal

24 Rule of Civil Procedure 16(b)(4) (West 2008).  Good cause exists for the Court to grant

25 this motion in its discretion.

26      Specifically, Plaintiff's counsel was involuntarily unavailable for a period of weeks

27 due to the sudden passing of his father in late January 2008, effectively resulting in the loss

28 of February for the resolution of substantial, pending discovery issues.  In addition,

**NOTICE AND STIPULATED MOTION TO AMEND SCHEDULE**

1   Defense counsel recently established and joined a new law firm which adversely impacted

2   his professional schedule in the past weeks.  Granting of this motion will also be in the

3   furtherance of justice, and will prevent manifest injustice, as it will permit the parties to

4   resolve their extensive discovery disputes and properly complete their pending discovery

5   so that this matter may be fully tried on its merits.

6          Accordingly, the parties respectfully request that the trial date and all other

7   scheduled dates in this matter be postponed by two (2) months.  Given the parties' shared

8   interest in having this matter properly tried on its merits, the parties are amenable to a re-

9   setting of the trial date even as late as 2009 if the Court's calendar so dictates.

10         This motion is based on the facts, legal authority and argument presented herein, the

11  Declaration of David P. Morales in Support of Stipulated Motion to Amend Schedule

12  ("Morales Decl."), the legal record in this matter, and such other evidence and law as may

13  be presented to the Court.

### APPLICABLE LAW

15         Federal Rule of Civil Procedure 16(b)(4) provides, in pertinent part, that "a schedule may

16  be modified only for good cause and with the judge's consent."  *See* Fed. R. Civ. Proc. 16(b)(4)

17  (West 2008).

### RELEVANT FACTS & ARGUMENT

19         In January 2008, the parties were working diligently to resolve discovery disputes

20  between them involving hundreds of pages of discovery objections and other discovery

21  issues, so they could proceed with their deposition discovery in preparation for scheduled

22  mediation in March 2008.  *See* Morales Decl., ¶2.  Unfortunately, Plaintiff's counsel

23  received word that his father suddenly passed away in late January 2008.  *See id.*  As a

24  result, Plaintiff's counsel had to promptly leave town to assist his family in Southern

25  California.  *See id.*

26         Due to the suddenness of this unfortunate event and the needs of his mother,

27  Plaintiff's counsel was involuntarily unavailable for a period of approximately three weeks

28  in February 2008.  *See* Morales Decl., ¶3.  As a result, Plaintiff counsel's schedule was

**NOTICE AND STIPULATED MOTION TO AMEND SCHEDULE**
Case No.: C07-003007 MMC

1    adversely impacted in this matter, and, also in other professional matters pending

2    concurrently. *See id.* As a result, work which had been scheduled for that time period has

3    been postponed to, and superimposed upon additional legal work Plaintiff's counsel had

4    previously scheduled for March. *See id.* Plaintiff's counsel is diligently working to

5    resolve the remaining discovery disputes and to complete discovery. *See id.* However,

6    Plaintiff's counsel effectively lost the month of February, and is working to catch up in this

7    and his other pending litigation during the month of March. *See id.* As a result, the parties

8    feel that the existing schedule will not permit them to fully resolve their discovery disputes

9    and timely complete their discovery. *See id.*

10          Upon counsel's return to the office in late February, the parties cooperated with one

11    another to ensure the completion of pending discovery, and, on February 29, 2008, filed a

12    joint Stipulation to Continue Discovery Deadlines for that purpose. *See* Morales Decl., ¶4.

13    On March 4, 2008, the Court denied the parties' stipulation to extend the discovery

14    deadlines due to its apparent impact on the remaining schedule. Unfortunately, given the

15    extensive discovery previously initiated and the substantial discovery disputes still pending

16    resolution, it does not appear that such discovery can be properly completed on the present

17    schedule. *See id.* Granting of this motion will be in the furtherance of justice as it will

18    permit the parties to resolve their extensive discovery disputes and properly complete their

19    pending discovery so that this matter may be fully tried on its merits. *See id.* The

20    requested relief will also avoid manifest injustice in that it will permit this action to be

21    fully tried on its merits.

22          Defense counsel supports this motion not only due to his understanding of these

23    unfortunate circumstances, but also because Defense counsel recently established and

24    joined a new law firm which adversely impacted his professional schedule in the past

25    weeks.

26    / / /

27    / / /

28    / / /

**NOTICE AND STIPULATED MOTION TO AMEND SCHEDULE**
Case No.: C07-003007 MMC

## REQUESTED RELIEF

Accordingly, the parties respectfully request that the trial date and all other scheduled dates in this matter be postponed by two (2) months. Given the parties' shared interest in having this matter properly tried on its merits, the parties are amenable to a re-setting of the trial date even as late as 2009 if the Court's calendar so dictates. The parties request this relief in order to permit pending discovery to be completed and to allow this matter to be fully tried on its merits.

Dated: March 7, 2008                                   THE MORALES LAW FIRM

By: /s/ David P. Morales
                                                        DAVID MORALES
                                                        Attorneys for Plaintiff

Dated: March 10, 2008                                  TINGLEY PIONTKOWSKI LLP

/s/ Bruce C. Piontkowski
                                                        BRUCE C. PIONTKOWSKI
                                                        Attorneys for Defendants

**NOTICE AND STIPULATED MOTION TO AMEND SCHEDULE**
Case No.: C07-003007 MMC

1    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

2    "conformed" signature (/s/) within this efiled document.

3

4    Dated: March 8, 2008                              TINGLEY PIONTKOWSKI LLP

5                                                       By: /s/ Bruce C. Piontkowski
                                                            BRUCE C. PIONTKOWSKI
6                                                           Attorneys for Defendants

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28