1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingley.com
3  JONATHAN A. MCMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Blvd, Suite 430
5  San Jose, California 95113
   Telephone:    (408) 283-7000
6  Facsimile:    (408) 283-7000

7  Attorneys for Defendants
   JOHN BARGETTO and
8  BARGETTO'S SANTA CRUZ WINERY

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12

13 MARILYN CHURCHILL, an individual,          CASE NO. C07-03007 MMC

14          Plaintiff,                         **STIPULATION TO SHORTEN TIME;
                                               ORDER**
15 v.                                          **Honorable Maxine M. Chesney**

16 JOHN BARGETTO, in his individual and
   official capacities; BARGETTO'S SANTA
17 CRUZ WINERY, a California Corporation;
   and DOES 1 through 100, inclusive,
18
            Defendants.
19

20      Pursuant to Civil L.R. 6-1(b) and 6-2, counsel for Plaintiff MARILYN CHURCHILL and

21 Defendants JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY (hereinafter

22 collectively referred to as the "Parties") hereby STIPULATE as follows:

23      1.   Concurrently with the filing of this Stipulation To Shorten Time, the parties will

24 jointly file a Stipulated Motion to Amend Schedule and have such motion heard before the Court

25 on Friday, March 14, 2008;

26      2.   The Parties' Stipulated Motion to Amend Schedule is currently noticed for hearing

27 on April 11, 2008;

28      3.   The purpose of the Parties' Stipulated Motion to Amend Schedule is to obtain an

BF844B30.doc                                                          STIPULATION
                                                                      CASE NO. C07-03007 MMC

1  Order continuing the trial date and all other dates set forth in the Court's Pretrial Preparation
2  Order;
3      4.  No Party opposes the Stipulated Motion to Amend Schedule and no Opposition will
4  be filed;
5      5.  The current non-expert discovery cut-off date is March 28, 2008;
6      6.  The Parties, therefore, need the hearing on their Stipulated Motion to Amend
7  Schedule to take place on March 14, 2008, rather than April 11, 2008, so that an Order on the
8  motion can be obtained in advance of the non-expert discovery cut-off date;
9      7.  The Parties hereby stipulate and agree to waive the notice provisions of Civil L.R. 7-
10 2 and Civil L.R. 7-3 and set the hearing on their Stipulated Motion to Amend Schedule at 9:00
11 a.m. on Friday, March 14, 2008;
12     8.  The only other time modification in this case has been the Parties' stipulation to
13 continue the mediation deadline;
14     9.  The time modification requested herein (i.e., to shorten time for the hearing on the
15 Parties' Stipulated Motion to Amend Schedule) will not affect the schedule for this case.
16     IT IS SO STIPULATED.

17 Dated: March 7, 2008                THE MORALES LAW FIRM

19                                      By: /s/ David Morales
                                        DAVID MORALES
20                                      Attorneys for Plaintiff

22 Dated: March 7, 2008                TINGLEY PIONTKOWSKI LLP

23                                      By: /s/ Jonathan A. McMahon
                                        JONATHAN A. MCMAHON
24                                      Attorneys for Defendants

26 ///
27 ///
28 ///

BF844B30.doc

1      GOOOD CAUSE APPEARING, it is hereby ordered that the Parties may file their

2  Stipulated Motion to Amend Schedule on shortened time and that the hearing on such motion will

3  be at ~~9:00 a.m.~~ 9:30 a.m. on March 14, 2008.

4      IT IS SO ORDERED.

5  Dated: March 11, 2008

                                                                    *[signature]*

6                                        Honorable Maxine M. Chesney
                                      JUDGE OF THE U.S. DISTRICT COURT

BF844B30.doc