ALTERNATIVE DISPUTE RESOLUTION PROGRAM
# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**HOWARD A. HERMAN**
DIRECTOR

**ROBIN W. SIEFKIN**
ADR PROGRAM STAFF ATTORNEY

**G. DANIEL BOWLING**
ADR PROGRAM STAFF ATTORNEY

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
TEL: (415) 522-2199
FAX: (415) 522-4112

Writer's Direct Dial:
415-522-3148

March 12, 2008

David P. Morales
The Morales Law Firm
1414 Soquel Avenue
Suite 212
Santa Cruz, CA 95062
831-429-7900

Curtis R. Tingley
Bruce Charles Piontkowski
Tingley Piontkowski LLP
10 Almaden Boulevard
Suite 430
San Jose, CA 95113
408-283-7000

Re: Churchill v. Bargetto
    Case No. C 07-03007 MMC MED

Dear Counsel:

The ADR Program has scheduled an ADR Phone Conference call with Robin W. Siefkin, ADR Program Staff Attorney, to discuss the Mediation. We set this call for **Wednesday, March 19, 2008 at 10:00 a.m.** This office will initiate the call to the phone numbers above unless directed otherwise. Please contact me at 415-522-3148 as soon as possible to give me the phone number where you can be reached.

Thank you for your attention to this matter.

Sincerely,

Alice M. Fiel
ADR Case Administrator