**CIVIL MINUTES**

**Judge MAXINE M. CHESNEY**                                    E-Filing

Date: _MAR 14 2008_

C-07-3007-MMC

_Marilyn Churchill_ v _John Bargetto et al_

Attorneys: _David Morales_    _Jonathan McMahon_

Deputy Clerk: **TRACY LUCERO**    Reporter: _Jim Yeomans_

**PROCEEDINGS:**                                            **RULING:**

1. _Stipulated motion to amend schedule_    _Granted_

2. _____    _____

3. _____    _____

4. _____    _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

**ORDERED AFTER HEARING:**

_All previously scheduled dates are vacated & re-scheduled._
_Dispositive motion filing deadline is 11/21/08. Meet & confer by 1/5/09._

(✓) ORDER TO BE PREPARED BY:    Plntf____  Deft____  Court ✓

( ) Referred to Magistrate For:_____
        ( ) By Court
(✓) CASE CONTINUED TO _11/7/08 @10:30_ for _Further Status Conference_
                                                            _(Joint Statement due by 10/31/08.)_
Discovery Cut-Off _9/12/08_    Expert Discovery Cut-Off _11/7/08_
π/∆
~~Plntf~~ to Name Experts by _10/3/08_    π/∆ Rebuttal ~~Deft~~ to Name Experts by _10/17/08_

P/T Conference Date _2/10/09 @ 3:00_ Trial Date _2/23/09 @ 9:00_ Set for _5_ days
                          Type of Trial: (✓)Jury   ( )Court
Notes: _____

_(8 min)_