David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: moraleslaw@sbcglobal.net

Attorney for Plaintiff, Marilyn Churchill

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.: C07-003007 MMC<br><br>STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER<br><br>Honorable Maxine M. Chesney |

## STIPULATION

Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO AND BARGETTO'S SANTA CRUZ WINERY (collectively, the "Parties") hereby STIPULATE as follows:

1. On March 14, 2008, the Court amended the litigation schedule in the Pre-Trial Preparation Order for good cause.

2. Trial is now scheduled in this matter for February 23, 2009.

3. The non-expert discovery cutoff is September 12, 2009.

4. Prior to amendment of the litigation schedule, the mediation deadline in this matter was March 31, 2008.

STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER

5.  Discovery and related discovery disputes remain pending in this matter which must be completed or resolved prior to meaningful mediation.

6.  Counsel agree that the mediation deadline in this matter should be extended to July 31, 2008 to permit pending discovery issues to be resolved in advance of mediation.

IT IS SO STIPULATED

Dated: April 11, 2008               THE MORALES LAW FIRM

                                    By: /s/ David Morales
                                    _____
                                    DAVID MORALES
                                    Attorneys for Plaintiff

Dated: April 29, 2008               TINGLEY PIONTKOWSKI LLP

                                    By: /s/ Bruce Piontkowski
                                    _____
                                    BRUCE C. PIONTKOWSKI
                                    Attorneys for Defendants

I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: April 28, 2008               FENWICK & WEST, LLP

                                    By: /s/ William Fenwick
                                    _____
                                    WILLIAM FENWICK
                                    Mediator

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: April 29, 2008               TINGLEY PIONTKOWSKI LLP

                                    By: /s/ Bruce Piontkowski
                                    _____
                                    BRUCE C. PIONTKOWSKI
                                    Attorneys for Defendants

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete mediation is July 31, 2008.

IT IS SO ORDERED.

Dated: April ___, 2008

_____
Honorable Maxine M. Chesney
JUDGE OF THE U.S. DISTRICT COURT