David P. Morales, Esq., SBN 191229
THE MORALES LAW FIRM
1414 Soquel Avenue, Suite 212
Santa Cruz, CA 95062
Telephone: (831) 429-7900
Facsimile: (831) 688-8883
E-Mail: moraleslaw@sbcglobal.net

Attorney for Plaintiff, Marilyn Churchill

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.: C07-003007 MMC<br><br>STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER<br><br>Honorable Maxine M. Chesney |

**STIPULATION**

Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO AND BARGETTO'S SANTA CRUZ WINERY (collectively, the "Parties") hereby STIPULATE as follows:

1. On March 14, 2008, the Court amended the litigation schedule in the Pre-Trial Preparation Order for good cause.

2. Trial is now scheduled in this matter for February 23, 2009.

3. The non-expert discovery cutoff is September 12, 2009.

4. Prior to amendment of the litigation schedule, the mediation deadline in this matter was March 31, 2008.

STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER

5. Discovery and related discovery disputes remain pending in this matter which must be completed or resolved prior to meaningful mediation.

6. Counsel agree that the mediation deadline in this matter should be extended to July 31, 2008 to permit pending discovery issues to be resolved in advance of mediation.

IT IS SO STIPULATED

Dated: April 11, 2008                                THE MORALES LAW FIRM

                                                     By: /s/ David Morales
                                                         DAVID MORALES
                                                         Attorneys for Plaintiff

Dated: April 29, 2008                                TINGLEY PIONTKOWSKI LLP

                                                     By: /s/ Bruce Piontkowski
                                                         BRUCE C. PIONTKOWSKI
                                                         Attorneys for Defendants

I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: April 28, 2008                                FENWICK & WEST, LLP

                                                     By: /s/ William Fenwick
                                                         WILLIAM FENWICK
                                                         Mediator

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: April 29, 2008                                TINGLEY PIONTKOWSKI LLP

                                                     By: /s/ Bruce Piontkowski
                                                         BRUCE C. PIONTKOWSKI
                                                         Attorneys for Defendants

STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER
Case No.: C07-003007 MMC
-2-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete mediation is July 31, 2008.

IT IS SO ORDERED.

Dated: April 30 , 2008

*Maxine M. Chesney*
Honorable Maxine M. Chesney
JUDGE OF THE U.S. DISTRICT COURT

STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER
Case No.: C07-003007 MMC

- 3 -