CURTIS R. TINGLEY (SBN 112322)
ctingley@tingleyllp.com
BRUCE C. PIONTKOWSKI (SBN 152202)
bpiontkowski@tingleyllp.com
TINGLEY PIONTKOWSKI LLP
10 Almaden Blvd., Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:   (408) 283-7010

Attorneys for Defendants
JOHN BARGETTO and
BARGETTO'S SANTA CRUZ WINERY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07-03007 MMC<br><br>**STIPULATION TO CONTINUE MEDIATION DEADLINE AND [PROPOSED] ORDER**<br><br>**Honorable Maxine M. Chesney** |

Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties") hereby STIPULATE as follows:

1. There is currently pending discovery that must be completed prior to a meaningful mediation;

2. Trial in this matter is scheduled for February 23, 2008;

3. The non-expert discovery cutoff is September 12, 2008;

4. The Parties agree that, in order for the Parties to participate in meaningful mediation, the mediation should take place after the cutoff for non-expert discovery;

5. The current deadline to complete the mediation session is July 31, 2008;

6. The current deadline will not allow for the completion of the necessary discovery;

7. Counsel agree that the current deadline of July 31, 2008 to complete mediation should be extended to November 30, 2008, in light of the need to conduct additional discovery;

8. Counsel have tentatively selected October 14, 2008 as their proposed mediation date, but they must still confirm the parties' availability. Should the parties be unavailable on that date, the mediation shall proceed as soon thereafter as the schedules of the mediator and parties permit;

9. The Parties agree to submit their respective mediation memoranda to the mediator no later than the close of business ten (10) business days before the date of the mediation.

IT IS SO STIPULATED.

Dated: July 15, 2008                    THE MORALES LAW FIRM


By: /s/ David Morales
DAVID MORALES
Attorneys for Plaintiff


Dated: July 15, 2008                    TINGLEY PIONTKOWSKI LLP


By: /s/ Jonathan A. McMahon
JONATHAN A. MCMAHON
Attorneys for Defendants


I HEREBY CONSENT TO THE ABOVE STIPULATION.

Dated: July 15, 2008                    FENWICK & WEST


By: /s/ William Fenwick
WILLIAM FENWICK
Mediator

/ / /
/ / /
/ / /
/ / /
/ / /

RC1/5023553.1/BCP                - 2 -                STIPULATION TO CONTINUE MEDIATION
                                                      DEADLINE AND [PROPOSED] ORDER
                                                      CASE NO. C07-03007 MMC

1      I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated:   July 16, 2008                              TINGLEY PIONTKOWSKI LLP

                                                 By: /s/ Jonathan A. McMahon
                                                     JONATHAN A. MCMAHON
                                                     Attorneys for Defendants

## [PROPOSED] ORDER

    GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete mediation is November 30, 2008.

    IT IS SO ORDERED.

Dated: July ____, 2008

                                                       Honorable Maxine M. Chesney
                                                       JUDGE OF THE U.S. DISTRICT COURT