1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  TINGLEY PIONTKOWSKI LLP
   10 Almaden Blvd., Suite 430
4  San Jose, California 95113
   Telephone:   (408) 283-7000
5  Facsimile:    (408) 283-7010

6  Attorneys for Defendants
   JOHN BARGETTO and
7  BARGETTO'S SANTA CRUZ WINERY

8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO DIVISION

11

12 | MARILYN CHURCHILL, an individual,         | CASE NO. C07-03007 MMC
13 |        Plaintiff,                          | **STIPULATION TO CONTINUE MEDIATION DEADLINE AND**
14 | v.                                         | ~~[PROPOSED]~~ **ORDER**
15 | JOHN BARGETTO, in his individual and      | **Honorable Maxine M. Chesney**
   | official capacities; BARGETTO'S SANTA     |
16 | CRUZ WINERY, a California Corporation;    |
   | and DOES 1 through 100, inclusive,        |
17 |                                            |
   |        Defendants.                         |
18

19         Counsel for Plaintiff MARILYN CHURCHILL and Defendants JOHN BARGETTO and

20  BARGETTO'S SANTA CRUZ WINERY (hereinafter collectively referred to as the "Parties")

21  hereby STIPULATE as follows:

22         1.      There is currently pending discovery that must be completed prior to a meaningful

23  mediation;

24         2.      Trial in this matter is scheduled for February 23, 2008;

25         3.      The non-expert discovery cutoff is September 12, 2008;

26         4.      The Parties agree that, in order for the Parties to participate in meaningful mediation,

27  the mediation should take place after the cutoff for non-expert discovery;

28         5.      The current deadline to complete the mediation session is July 31, 2008;

1  6. The current deadline will not allow for the completion of the necessary discovery;

2  7. Counsel agree that the current deadline of July 31, 2008 to complete mediation
3 should be extended to November 30, 2008, in light of the need to conduct additional discovery;

4  8. Counsel have tentatively selected October 14, 2008 as their proposed mediation date,
5 but they must still confirm the parties' availability. Should the parties be unavailable on that date,
6 the mediation shall proceed as soon thereafter as the schedules of the mediator and parties permit;

7  9. The Parties agree to submit their respective mediation memoranda to the mediator no
8 later than the close of business ten (10) business days before the date of the mediation.

9  IT IS SO STIPULATED.

10 Dated: July 15, 2008                    THE MORALES LAW FIRM

12                                         By: /s/ David Morales
13                                             DAVID MORALES
                                               Attorneys for Plaintiff

15 Dated: July 15, 2008                    TINGLEY PIONTKOWSKI LLP

17                                         By: /s/ Jonathan A. McMahon
                                               JONATHAN A. MCMAHON
18                                             Attorneys for Defendants

19 I HEREBY CONSENT TO THE ABOVE STIPULATION.

20 Dated: July 15, 2008                    FENWICK & WEST

22                                         By: /s/ William Fenwick
23                                             WILLIAM FENWICK
                                               Mediator
24 ///
25 ///
26 ///
27 ///
28 ///

RC1/5023553.1/BCP              - 2 -              STIPULATION TO CONTINUE MEDIATION
                                                  DEADLINE AND [PROPOSED] ORDER
                                                  CASE NO. C07-03007 MMC

1  I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2  "conformed" signature (/s/) within this e-filed document.

3  Dated:   July 16, 2008                                  TINGLEY PIONTKOWSKI LLP

4
5                                                          By: /s/ Jonathan A. McMahon
                                                           JONATHAN A. MCMAHON
6                                                          Attorneys for Defendants

7

8                                    [PROPOSED] ORDER

9  GOOD CAUSE APPEARING, it is hereby ordered that the deadline to complete
10 mediation is November 30, 2008.

11 IT IS SO ORDERED.

12 Dated: July  16 , 2008

13                                                         _____
                                                           Honorable Maxine M. Chesney
                                                           JUDGE OF THE U.S. DISTRICT COURT