IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARILYN CHURCHILL,

    Plaintiff,

v.

JOHN BARGETTO, et al.,

    Defendants.
_____/

No. C 07-3007 MMC

**ORDER DENYING WITHOUT PREJUDICE PARTIES' STIPULATED PROTECTIVE ORDER**

    The Court is in receipt of the parties' Stipulated Protective Order, filed July 30, 2008. The order, however, is incomplete in part, (see Stipulated Order at 8:23-27), and ambiguous in part, (see id. at 9:2-3, 9-10).

    Accordingly, the Stipulated Protective Order is hereby DENIED, without prejudice to the parties' filing an Amended Stipulated Protective Order.

    **IT IS SO ORDERED**.

Dated: July 31, 2008

MAXINE M. CHESNEY
United States District Judge