1  David P. Morales, Esq., SBN 191229
   THE MORALES LAW FIRM
2  1414 Soquel Avenue, Suite 212
   Santa Cruz, CA  95062
3  Telephone: (831) 429-7900
   Facsimile: (831) 688-8883
4  E-Mail: moraleslaw@sbcglobal.net

5  Attorney for Plaintiff, Marilyn Churchill

6

7                    UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN FRANCISCO DIVISION

10 | MARILYN CHURCHILL, an individual, | Civil Action No.: C07-003007 MMC |
|---|---|
11 | Plaintiff, | **PLAINTIFF'S REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY DISPUTES** |
12 | vs. | |
13 | | |
14 | JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive, | |
15 | | |
16 | | |
17 | Defendants. | |

18

19        **PLAINTIFF'S REQUEST FOR REFERRAL TO MAGISTRATE JUDGE**

20        Plaintiff MARILYN CHURCHILL hereby requests that this case be referred to a

21 Magistrate Judge for resolution of discovery disputes.

22        The parties have had ongoing discovery disputes with regard to deposition

23 questions, document production and other discovery requests.  The parties met and

24 conferred extensively regarding these issues, but substantial discovery disputes apparently

25 remain.  Plaintiff anticipates filing motions to compel discovery in the coming days if

26 sufficient discovery responses are not promptly received as agreed.

27        In addition, a dispute regarding the permissibility of questions concerning

28 Defendants' contentions and supporting facts during deposition resulted in the Defendant

**PLAINTIFF'S REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY DISPUTES**

1    suddenly suspending the deposition this week and walking out without further discussion.

2    In an effort to minimize the possibility of such further disruptions and delays during the

3    course of depositions presently scheduled for September 9-12, 2008, Plaintiff respectfully

4    requests that the Magistrate Judge be available by telephone to resolve any discovery

5    disputes which may arise during the pending depositions in this matter.

6        Accordingly, Plaintiff respectfully requests that this case be referred to a Magistrate

7    Judge for resolution of discovery disputes and that the Magistrate Judge be available by

8    telephone to resolve any disputes which may arise during deposition.

9    Dated: September 5, 2008        THE MORALES LAW FIRM

10

11        By:_____

12            DAVID MORALES
           Attorneys for Plaintiff

**PLAINTIFF'S REQUEST FOR REFERRAL TO MAGISTRATE JUDGE FOR DISCOVERY DISPUTES**
Case No.: C07-003007 MMC

- 2 -