IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN CHURCHILL, | No. C-07-3007 MMC |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND TRIAL AND RELATED DATES** |
| v. | |
| JOHN BARGETTO, et al., | |
| Defendants. | |

The Court is in receipt of the parties' Stipulation to Amend Schedule, filed October 23, 2008, by which the parties seek to extend by ninety days the trial date and all related deadlines.

The Stipulation is hereby DENIED, without prejudice to the parties' raising such request at the Case Management Conference scheduled for November 7, 2008. A Joint Case Management Statement remains due, as scheduled, no later than October 31, 2008.

**IT IS SO ORDERED.**

Dated: October 27, 2008

_____
MAXINE M. CHESNEY
United States District Judge