1  CURTIS R. TINGLEY (SBN 112322)
   ctingley@tingleyllp.com
2  BRUCE C. PIONTKOWSKI (SBN 152202)
   bpiontkowski@tingleyllp.com
3  JONATHAN A. McMAHON (SBN 239370)
   jmcmahon@tingleyllp.com
4  TINGLEY PIONTKOWSKI LLP
   10 Almaden Boulevard, Suite 430
5  San Jose, California 95113
   Telephone:  (408) 283-7000
6  Facsimile:  (408) 283-7010

7  Attorneys for Defendants
   JOHN BARGETTO and
8  BARGETTO'S SANTA CRUZ WINERY

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                 SAN FRANCISCO DIVISION

12

| MARILYN CHURCHILL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JOHN BARGETTO, in his individual and official capacities; BARGETTO'S SANTA CRUZ WINERY, a California Corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | CASE NO. C07-03007 MMC<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO COMPEL FURTHER EXPERT DISCLOSURE, OR IN THE ALTERNATIVE, TO EXCLUDE SUCH EXPERTS AND [PROPOSED] ORDER**<br><br>Date: December 5, 2008<br>Time: 9:30 a.m.<br>Courtroom A, 15th Floor<br>Magistrate Judge Joseph C. Spero |
|---|---|

    Defendants JOHN BARGETTO and BARGETTO'S SANTA CRUZ WINERY hereby withdraw their Motion to Compel Further Expert Disclosure, or in the Alternative, to Exclude Such Experts, currently set for hearing on December 5, 2008, at 9:30 a.m.

    On November 10, 2008, the Court issued its Second Amended Pretrial Preparation Order which extended the parties' deadline to disclose experts. With the new deadlines, Defendants' motion is now moot. Defendants, therefore, hereby withdraw their Motion to Compel and respectfully ask the Court to take the December 5, 2008 hearing in this matter off of the Court's calendar.

1  Dated: December 1, 2008                    TINGLEY PIONTKOWSKI LLP

3                                              By: /s/ Jonathan A. McMahon
                                                  JONATHAN A. MCMAHON
4                                                 BRUCE C. PIONTKOWSKI
                                                  Attorneys for Defendants

7   I hereby attest that I have on file all holograph signatures for any signatures indicated by a
8   "conformed" signature (/s/) within this e-filed document.

9   Dated: December 1, 2008                    TINGLEY PIONTKOWSKI LLP

12                                             By: /s/ Jonathan A. McMahon
                                                  JONATHAN A. MCMAHON
                                                  BRUCE C. PIONTKOWSKI
13                                                Attorneys for Defendants

### [PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the December 5, 2008 hearing on Defendants' Motion to Compel Further Expert Disclosure, or in the Alternative, to Exclude Such Experts is vacated and Defendants' Motion to Compel Further Expert Disclosure, or in the Alternative, to Exclude Such Experts is withdrawn without prejudice.

IT IS SO ORDERED.

Dated: __12/03_____, 2008

_____
Honorable Joseph [signature: Judge Joseph C. Spero]
MAGISTRATE JUDGE, U.S. DISTRICT COURT