United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN CHURCHILL,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHN BARGETTO, et al.,<br><br>    Defendants.<br>_____/ | No. C-07-3007 MMC<br><br>**ORDER DEEMING DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT WITHDRAWN; VACATING HEARING** |

    The Court is in receipt of a letter, filed March 11, 2009 by counsel for defendants, in which said counsel states that the above-titled action has settled and requests that defendants' Motion for Partial Summary Judgment, filed January 23, 2009 and noticed for hearing March 13, 2009, "be vacated."

    Accordingly, the Court hereby deems defendants' Motion for Partial Summary Judgment withdrawn, and the March 13, 2009 hearing thereon is hereby VACATED.

    **IT IS SO ORDERED.**

Dated: March 11, 2009

                                                  MAXINE M. CHESNEY<br>
                                                United States District Judge